NB:AT/ANR
F. #2021R01109

COURT'S
EXHIBIT NO. _____
IDENTIFICATION/EVIDENCE
DKT.# 24cv183
DATE: 9/19/2024
PENGAD 800-631-6989

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CIPRIAN DUDA,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. _____
(T. 18, U.S.C., §§ 982(a)(2)(B),
982(b)(1), 1029(b)(2), 1029(c)(1)(C),
1029(c)(2) and 3551 et seq.; T. 21,
U.S.C., § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD

      1.    In or about and between December 2021 and January 2022, both dates

being approximate and inclusive, within the Eastern District of New York and elsewhere, the

defendant CIPRIAN DUDA, together with others, did knowingly and with intent to defraud

conspire to traffic in and use one or more unauthorized access devices, to wit: debit cards, during

a one-year period, in a manner affecting interstate and foreign commerce, and by such conduct

obtain things of value aggregating $1,000 or more during that period, contrary to Title 18, United

States Code, Section 1029(a)(2).

      2.    In furtherance of the conspiracy and to effect its objects, within the

Eastern District of New York and elsewhere, the defendant CIPRIAN DUDA, together with

others, committed and caused to be committed the following:

OVERT ACTS

      (a)    On or about and between December 23, 2021 and January 5, 2022,

Co-Conspirator-1 ("CC-1") and Co-Conspirator-2 ("CC-2"), individuals whose identities are

known to the United States Attorney, installed a skimming device at an automated teller machine

("ATM") located at 41-60 Main Street, Queens, New York.

(b)     On or about January 5, 2022, DUDA purchased approximately

$9,358.80 worth of items with a skimmed credit card number that CC-1 and CC-2 obtained.

(Title 18, United States Code, Sections 1029(b)(2) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

3.     The United States hereby gives notice to the defendant that, upon his

conviction of the offense charged herein, the government will seek forfeiture in accordance with:

(a) Title 18, United States Code, Section 982(a)(2)(B), which requires any person convicted of

such offense to forfeit any property constituting, or derived from, proceeds obtained directly or

indirectly as a result of such offense; and (b) Title 18, United States Code, Section

1029(c)(1)(C), which requires any person convicted of such offense to forfeit any personal

property used or intended to be used to commit the offense.

4.     If any of the above-described forfeitable property, as a result of any act or

omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2), to seek

forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(2)(B), 982(b)(1), 1029(c)(1)(C) and 1029(c)(2); Title 21, United States Code, Section 853(p))

*By Carolyn Pokorny, Assistant US Attorney*
_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R01109
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

### CIPRIAN DUDA,

Defendant.

# INFORMATION

( T. 18, U.S.C., §§ 982(a)(2)(B), 982(b)(1), 1029(b)(2), 1029(c)(1)(C),
1029(c)(2) and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreperson*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Adam R. Toporovsky, Antoinette N. Rangel, Assistant U.S. Attorneys*
*(631) 715-7846*